**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE MULLER,<br><br>           Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>           Defendant. | Case No. 2:16-cv-02773-RFB-NJK<br><br>ORDER |

     On December 9, 2016, Plaintiff filed a notice of 26(f) conference. Docket No. 3. Discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). Because the above document was filed in violation of the rules, it shall be **STRICKEN** by the Clerk.

     The Court **ORDERS** counsel to cease filing discovery documents on the docket. Failure to abide by this order and the applicable rules may result in sanctions.

     IT IS SO ORDERED.

     Dated: December 12, 2016

                                                  NANCY J. KOPPE<br>                                                 United States Magistrate Judge