JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MULLER,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., and DOES I through V, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-02773-RFB-NJK<br><br>**STIPULATION AND ORDER TO CAP DAMAGES AND REMAND CASE TO <u>NEVADA STATE DISTRICT COURT</u>** |

WHEREAS, after conducting initial discovery in this case, the parties jointly agree to limit the damages that Plaintiff may recover in this litigation to $74,500.00 so that the amount in controversy no longer exceeds $75,000, exclusive of interest and costs as mandated by to 28 U.S.C. §1332 and §1441 for diversity jurisdiction; and

WHEREAS, the parties further agree that this case be remanded to Nevada State District Court for additional proceedings; and

WHEREAS, the parties agree that this stipulation to limit and cap damages to $74,500.00 shall survive this remand to the Nevada State District Court so that in the event a trier of fact subsequently awards an amount greater than said amount, Plaintiff will agree to accept the sum of $74,500.00 and dismiss this litigation;

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A. as counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and LAURENCE SPRINGBERG, ESQ. of the law firm THOMAS & SPRINGBERG as counsel for Plaintiff MICHELLE MULLER, that Plaintiff limits the amount of

CLAC 3921228.1

damages that she can recover in this litigation to the maximum amount of $74,500.00 and that the this limitation on damages shall survive remand to the Nevada State District Court and be binding upon the parties until the conclusion of this litigation;

    IT IS FURTHER STIPULATED AND AGREED that this case be remanded to the Eighth Judicial District of the Nevada State Court for further proceedings.

    Respectfully submitted this 20th day of March, 2017.

| THOMAS & SPRINGBERG | COOPER LEVENSON, P.A |
|---|---|
| /s/ Laurence Springberg | /s/ Jerry S. Busby |
| LAURENCE SPRINGBERG, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 003162 | Nevada Bar No. 001107 |
| 844 East Sahara Avenue | 1835 Village Center Circle |
| Las Vegas, NV 89104 | Las Vegas, Nevada 89134 |
| (702) 731-9222 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| MICHELLE MULLER | SMITH'S FOOD & DRUG CENTERS, INC. |

    IT IS ORDERED that the maximum amount that Plaintiff may recover in damages shall be limited to the amount of $74,500.00 and that this case be remanded to Nevada State District Court for all future proceedings.

    IT IS FURTHER ORDERED that the parties agree that Plaintiff's limit on damages to $74,500.00 shall be binding on the parties until this case is concluded in Nevada State District Court.

RICHARD F. BOULWARE, II
United States District Judge

DATED this 6th day of April, 2017.

CLAC 3921228.1